Case 2:16-cv-00301   Document 16   Filed in TXSD on 11/10/16   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOHN ELSON BOUIE, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL NO. 2:16-CV-301 |
| § | |
| LORIE DAVIS, *et al*, § | |
| § | |
| Defendants. § | |

## ORDER

Plaintiff John Elson Bouie, Texas prisoner number 1760959, filed a civil rights action pursuant to 42 U.S.C. § 1983 on July 18, 2016. D.E. 1. Mr. Bouie alleges that as an inmate in the Texas Department of Criminal Justice – Criminal Institutions Divisions (TDCJ-CID) he has been required to work without compensation. *See* Compl. at 2-3. Mr. Bouie brought an action for injunctive relief and monetary damages against (1) Lorie Davis, Director, TDCJ-CID; (2) David Gutierrez, Chairman, Texas Board of Pardons and Paroles; and (3) Dale Wainwright, Chairman, Texas Board of Criminal Justice. *Id.* at 1. On August 22, 2016, an evidentiary conference was held before the Magistrate Judge to whom this case was referred pursuant to 28 U.S.C. § 636(b).

The Court has before it Mr. Bouie's Complaint, D.E. 7, and the Magistrate Judge's Memorandum and Recommendation (M&R), D.E. 14. The deadline to file objections to the Magistrate Judge's proposed findings and recommendations has passed, and the docket sheet shows that no objections have been filed. *See* 28 U.S.C. § 636(b)(1) (setting a 14-day deadline to file objections); Fed. R. Civ. P. 72(b)((2) (same); *see also* M&R, D.E. 14 at 10 (advising parties of the 14-day deadline).

After independently reviewing the record and considering the applicable law, the Court adopts the Magistrate Judge's proposed findings and recommendations. The Court hereby **DISMISSES with prejudice** the Plaintiff's action as frivolous

and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1). The Clerk shall close this case after entering the accompanying judgment.

It is so **ORDERED.**

SIGNED this 10th day of November, 2016.

_____
Hilda Tagle
Senior United States District Judge